# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MEGAN MURRIA,** | ) | CASE NO. 2:21-cv-05892 |
| | ) | |
| Plaintiff, | ) | **Judge Edmund A. Sargus** |
| | ) | |
| v. | ) | **Magistrate Judge Chelsey M. Vascura** |
| | ) | |
| **THE OHIO STATE UNIVERSITY WEXNER MEDICAL CENTER,** | ) ) ) | |
| Defendant. | ) | |

## STIPULATION SUBSTITUTING THE OHIO STATE UNIVERSITY FOR DEFENDANT THE OHIO STATE UNIVERSITY WEXNER MEDICAL CENTER

The parties hereby stipulate and agree to substitute The Ohio State University in place of The Ohio State University Wexner Medical Center as the defendant in this proceeding. Future filings will identify The Ohio State University as the Defendant.

IT IS SO STIPULATED.

| | |
|---|---|
| /s/ Ellen M. Kramer | /s/ Christopher E. Hogan |
| Ellen M. Kramer (0055552) | Christopher E. Hogan (0070236) |
| emk@crklaw.com | chogan@npkhlaw.com |
| Jason R. Bristol (0072989) | Amy E. Kuhlman (0083194) |
| Jbristol@crklaw.com | akuhlman@npkhlaw.com |
| Cohen Rosenthal & Kramer LLP | Newhouse, Prophater, Kolman & Hogan, LLC |
| 3208 Clinton Avenue | 3366 Riverside Drive, Suite 103 |
| Cleveland, Ohio 44113 | Columbus, Ohio 43221 |
| 216-815-9500 [Telephone] | 614-255-5441 [Telephone] |
| 216-781-8061 [Facsimile] | 614-255-5446 [Facsimile] |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 23, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will also send such notification to counsel for the Defendant:

>Christopher E. Hogan
>Chogan@npkhlaw.com
>Amy Elizabeth Kuhlman
>akuhlman@npkhlaw.com

>/s/ Ellen M. Kramer
>Ellen M. Kramer