UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MEGAN MURRIA,**

      **Plaintiff,**

**v.**                                                Civil Action 2:21-cv-5892
                                                          Judge Edmund A. Sargus, Jr.
**THE OHIO STATE UNIVERSITY,**      Magistrate Judge Chelsey M. Vascura

      **Defendant.**

## ORDER

The parties reported on April 29, 2022, that they have reached a settlement. The parties are **DIRECTED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE JUNE 1, 2022**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

      **IT IS SO ORDERED.**

                                                       */s/ Chelsey M. Vascura*
                                                       CHELSEY M. VASCURA
                                                       UNITED STATES MAGISTRATE JUDGE