UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MEGAN MURRIA, | ) Case No. 2:21-cv-05892 |
| | ) |
| Plaintiff, | ) JUDGE EDMUND A. SARGUS |
| | ) |
| v. | ) MAG. CHELSEA VASCURA |
| | ) |
| THE OHIO STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Plaintiff Megan Murria and Defendant The Ohio State University submit this Joint Status Report.

The parties executed a Settlement Agreement on May 10, 2022. Among the requirements of that Agreement are a payment from the Defendant to the Plaintiff on or before June 24, 2022 and a dismissal of the Plaintiff's claims within seven (7) business days of receipt of that payment. The payment is in process, but has not yet been sent to the Plaintiff.

Based on these settlement terms, the Plaintiff should be able to dismiss this proceeding on or before July 7, 2022.

| | |
|---|---|
| /s/ Christopher E. Hogan<br>Christopher E. Hogan (#0070236)<br>chogan@npkhlaw.com<br>Amy Elizabeth Kuhlman (#83194)<br>akuhlman@npkhlaw.com<br>Newhouse, Prophater, Kolman<br>& Hogan, LLC<br>3366 Riverside Drive, Suite 103<br>Columbus, Ohio 43221<br>614-255-5441 (Tel.)<br>614-255-5446 (Fax)<br>*Counsel for Defendant* | /s/ Ellen M. Kramer<br>Jason R. Bristol (0072989)<br>jbristol@crklaw.com<br>Ellen M. Kramer (0055552)<br>emk@crklaw.com<br>COHEN ROSENTHAL & KRAMER LLP<br>3208 Clinton Avenue<br>One Clinton Place<br>Cleveland, OH 44113<br>216-815-9500 (Tel.)<br>216-781-3061 (Fax)<br>*Counsel for Plaintiff* |

### **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing **Joint Status Report** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access the filing through the Court's system on this 31st day of May, 2022.

/s/ Ellen M. Kramer
Ellen M. Kramer