# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MEGAN MURRIA, | ) | CASE NO. 2:21-CV-05892 |
| | ) | |
| *Plaintiff,* | ) | JUDGE SOLOMON OLIVER |
| | ) | |
| v. | ) | MAG. CHELSEA VASCURA |
| | ) | |
| THE OHIO STATE UNIVERSITY | ) | **AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

Plaintiff Megan Murria and Defendant The Ohio State University hereby stipulate to the dismissal of this matter, with prejudice, in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher E. Hogan* | */s/ Ellen M. Kramer* |
| Christopher E. Hogan (#0070236) | Ellen M. Kramer, Esq. (0055552) |
| chogan@npkhlaw.com | emk@crklaw.com |
| Amy Elizabeth Kuhlman (#0083194) | Jason R. Bristol (0072989) |
| Newhouse, Prophater, Kolman & Hogan, LLC | jbristol@crklaw.com |
| 3366 Riverside Drive, Suite 103 | Cohen Rosenthal & Kramer LLP 3208 Clinton Avenue |
| Columbus, Ohio 43221 | Cleveland, Ohio 44113 |
| (614) 255-5441 (Tel.) | (216) 815-9500 (Tel.) |
| (614) 255-5446 (Fax) | (216) 781-8061 (Fax) |
| | |
| Attorney for Defendants | Attorney for Plaintiff |

**IT IS SO ORDERED.**
/s/ _____