# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MEGAN MURRIA, | ) | CASE NO. 2:21-CV-05892 |
| | ) | |
| *Plaintiff,* | ) | JUDGE SOLOMON OLIVER |
| | ) | |
| v. | ) | MAG. CHELSEA VASCURA |
| | ) | |
| THE OHIO STATE UNIVERSITY | ) | **SECOND AMENDED STIPULATION** |
| | ) | **OF DISMISSAL WITH PREJUDICE** |
| *Defendants.* | ) | |
| | ) | |

Plaintiff Megan Murria and Defendant The Ohio State University hereby stipulate to the dismissal of this matter, with prejudice, in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

The parties request that the Court retain jurisdiction to enforce the parties' agreement to resolve this matter in the event that such enforcement becomes necessary.

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher E. Hogan* <br> Christopher E. Hogan (#0070236) <br> chogan@npkhlaw.com <br> Amy Elizabeth Kuhlman (#0083194) <br> Newhouse, Prophater, Kolman & Hogan, LLC <br> 3366 Riverside Drive, Suite 103 <br> Columbus, Ohio 43221 <br> (614) 255-5441 (Tel.) <br> (614) 255-5446 (Fax) <br><br> Attorney for Defendants | */s/ Ellen M. Kramer* <br> Ellen M. Kramer, Esq. (0055552) <br> emk@crklaw.com <br> Jason R. Bristol (0072989) <br> jbristol@crklaw.com <br> Cohen Rosenthal & Kramer LLP 3208 Clinton Avenue <br> Cleveland, Ohio 44113 <br> (216) 815-9500 (Tel.) <br> (216) 781-8061 (Fax) <br><br> Attorney for Plaintiff |

                                                          **IT IS SO ORDERED.**
                                                      /s/ _____